United States Courts
Southern District of Texas
FILED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

SEP 09 2009

, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER |
| DONALD EDWARD OSBORN JR. | § § | C-09-756 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about January 13, 2009, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

**DONALD EDWARD OSBORN JR.,**

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved less than fifty (50) grams of a mixture or substance containing methamphetamine, that is, approximately thirteen and six-tenths (13.6) grams of a mixture or substance containing methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT TWO

On or about February 26, 2009, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

**DONALD EDWARD OSBORN JR.,**

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than fifty (50) grams of a mixture or substance containing methamphetamine, that is, approximately fifty-one and five-tenths (51.5) grams of a mixture or substance containing methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

A TRUE BILL:
<u>ORIGINAL SIGNATURE ON FILE</u>
FOREPERSON OF THE GRAND JURY

TIM JOHNSON
UNITED STATES ATTORNEY

By: _____
LANCE DUKE
Assistant United States Attorney